# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

DEMETRUS MONROE,

Appellee.

No. 2D22-3819

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellant.

Timothy Fitzgerald of Farmer & Fitzgerald, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.